IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEVIN KEYON WATSON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5584

_____/

Opinion filed February 24, 2015.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Tevin Keyon Watson, pro se; Jeffrey E. Lewis, General Counsel, and Melissa Joy
Ford, Assistant Regional Conflict Counsel, Office of Criminal Conflict and Civil
Regional Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.